☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐ Chapter 7
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   KS Mattson Partners, LP

3. **Other names you know the debtor has used in the last 8 years**

   N/A

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   9 4 – 3 3 3 5 0 6 0
   EIN

5. **Debtor's address**

   | **Principal place of business** | **Mailing address, if different** |
   |---|---|
   | 3003 Castle Road | |
   | Number   Street | Number   Street |
   | | P.O. Box 5490 |
   | | P.O. Box |
   | Sonoma       CA   95476 | Vacaville       CA   95696 |
   | City       State  ZIP Code | City       State  ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | | Number   Street |
   | Sonoma | |
   | County | City       State  ZIP Code |

Case: 24-10715   Doc# 1   Filed: 11/22/24   Entered: 11/22/24 11:39:18   Page 1 of 6

Debtor    KS Mattson Partners, LP                Case number (if known)_____
          Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

**7. Type of debtor**
- ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☒ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☐ No
- ☒ Yes. Debtor **Kenneth W. Mattson**    Relationship **Equity Interest**
       District **N.D. Cal.**   Date filed **11/22/2024**   Case number, if known **24-10714**
                                MM / DD / YYYY

       Debtor _____   Relationship _____
       District _____ Date filed _____   Case number, if known _____
                             MM / DD / YYYY

## Part 3: Report About the Case

**10. Venue**

*Check one:*
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:
- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Case: 24-10715   Doc# 1   Filed: 11/22/24   Entered: 11/22/24 11:39:18   Page 2 of 6

| Debtor | KS Mattson Partners, LP | Case number (if known) |
|---|---|---|
| | Name | |

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| LeFever Mattson, a California corporation | See Attachment A | $ 420,146.23 |
| Windtree, LP | See Attachment B | $ 1,007,660.00 |
| | | $ |
| | Total of petitioners' claims | $ 1,427,806.23 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

LeFever Mattson, a California corporation
Name

6359 Auburn Blvd., Suite B
Number   Street

Citrus Heights        CA        95621
City                  State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Bradley D. Sharp
Name

333 S. Grand Avenue, Suite 4100
Number   Street

Los Angeles           CA        90071
City                  State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/22/2024
             MM / DD / YYYY

✗ /s/ Bradley D. Sharp
Signature of petitioner or representative, including representative's title

**Attorneys**

Thomas B. Rupp
Printed name

Keller Benvenutti Kim LLP
Firm name, if any

425 Market Street, 26th Floor
Number   Street

San Francisco         CA        94105
City                  State     ZIP Code

Contact phone (415) 496-6723   Email trupp@kbkllp.com

Bar number  278041

State       California

✗ /s/ Thomas B. Rupp
Signature of attorney

Date signed  11/22/2024
             MM / DD / YYYY

Debtor: **KS Mattson Partners, LP** (Name)   Case number (*if known*) _____

**Name and mailing address of petitioner**

Windtree, LP
Name

6359 Auburn Blvd., Suite B
Number   Street

Citrus Heights    CA    95621
City              State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Bradley D. Sharp
Name

333 S. Grand Avenue, Suite 4100
Number   Street

Los Angeles    CA    90071
City           State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/22/2024
            MM / DD / YYYY

✗ /s/ Bradley D. Sharp
Signature of petitioner or representative, including representative's title

---

Thomas B. Rupp
Printed name

Keller Benvenutti Kim LLP
Firm name, if any

425 Market Street, 26th Floor
Number   Street

San Francisco    CA    94105
City             State  ZIP Code

Contact phone (415) 496-6723   Email trupp@kbkllp.com

Bar number  278041

State  California

✗ /s/ Thomas B. Rupp
Signature of attorney

Date signed  11/22/2024
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____  _____  _____
City                  State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____  _____  _____
City                  State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____  _____  _____
City                  State   ZIP Code

Contact phone _____   Email _____

Bar number  _____

State  _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

**Attachment A to Involuntary Petition Against KS Mattson Partners, LP**

Petitioner LeFever Mattson, a California corporation ("LeFever Mattson"), and 60 of its affiliates, including Petitioner Windtree, LP, are debtors in chapter 11 cases currently pending in the United States Bankruptcy Court for the Northern District of California, Santa Rosa Division (the "Chapter 11 Cases").

The Chapter 11 Cases were precipitated by Petitioner's discovery of a years-long campaign of self-serving transactions by Kenneth W. Mattson—Petitioner's 50% shareholder and former CEO,--many of which were not recorded in the books and records of LeFever Mattson or its affiliates (the "Mattson Transactions").

In January 2024, LeFever Mattson entered into an indemnification agreement with Mr. Mattson (the "Indemnification Agreement"), under which Mr. Mattson and his Affiliates (as defined in the Indemnification Agreement), including Alleged Debtor KS Mattson Partners, LP ("KSMP"), agreed to indemnify LeFever Mattson and its Affiliates with respect to the "numerous transactions" pursuant to which Mr. Mattson "secured funds on terms and conditions not clearly documented."

LeFever Mattson has incurred, and will continue to incur, significant expense, including legal expense, to address and remediate the Mattson Transactions. On June 27, 2024, LeFever Mattson made a demand of Mr. Mattson and his Affiliates, including KSMP, for repayment of $420,146.23 in legal expenses incurred by LeFever Mattson in connection with the Mattson Transactions (the "Indemnification Payment"), which demand has not been satisfied.

The Indemnification Payment is neither contingent as to liability nor the subject of a bona fide dispute as to liability or amount. Indeed, Mr. Mattson and KSMP caused payment to be made on LeFever Mattson's prior demand under the Indemnification Agreement, in the amount of $200,000, on May 10, 2024.

**Attachment B to Involuntary Petition Against KS Mattson Partners, LP**

Petitioner Windtree, LP ("Windtree") and 60 of its affiliates, including Petitioner LeFever Mattson, a California corporation ("LeFever Mattson"), are debtors in chapter 11 cases currently pending in the United States Bankruptcy Court for the Northern District of California, Santa Rosa Division (the "Chapter 11 Cases"). LeFever Mattson is the general partner of Windtree.

Windtree has owned the property at 333-411 Wilkerson Ave. in Perris, California (the "Wilkerson Property") since at least March 21, 2023. From March 2023 through October 2024, Alleged Debtor KS Mattson Partners, LP ("KSMP") collected rents on the Wilkerson Property, totaling some $1,007,660 (the "Wilkerson Rents"), notwithstanding the fact that Windtree, not KSMP, owned the Wilkerson Property.

On October 30, 2024, Windtree made a demand of KSMP for full repayment of the Wilkerson Rents, which demand has not been satisfied.

The Wilkerson Rents are neither contingent as to liability nor the subject of a bona fide dispute as to liability or amount.