ALVIN M. GOMEZ (SBN 137818)
alvingomez@thegomezlawgroup.com
DAVID FINN (SBN 249247)
david@thegomezlawgroup.com
BORIS SMYSLOV (SBN 297252)
boris@thegomezlawgroup.com
GOMEZ LAW GROUP, P.C.
2725 Jefferson Street, Suite 3
Carlsbad, California 92008
Telephone: (858) 552-0000

Attorney for Plaintiff Estate of BRAD DRIVER,
by and through the Personal Representative and
Administrator of his estate, MARIAH DRIVER

# UNITED STTATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>KS MATTSON PARTNERS, LP, a limited partnership<br><br>Debtor. | BANKRUPTCY CASE NO. 24-10715<br><br>Chapter 11<br><br><br><br>NOTICE OF HEARING ON THE<br>MOTION FOR RELIEF FROM STAY RE: |
| Estate of BRAD DRIVER, by and through the Personal Representative and Administrator of his estate, MARIAH DRIVER,<br><br>Plaintiff,<br><br>vs.<br><br>KS MATTSON PARTNERS, LP, a limited partnership<br><br>Defendant. | NATOMA PROPERTIES<br><br>Date: January 17, 2025<br>Time: 10:00 a.m.<br>Place: 1300 Clay Street, Room 215<br>In Person or Tele/Video Conf<br>Judge: Hon. Charles Novack |

1

**TO THE DEBTOR, ALL CREDITORS OF THE ESTATE, THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that a hearing will be held in the courtroom of the Honorable Charles Novack, United States Bankruptcy Judge, United States Bankruptcy Court, Northern District of California, on **January 17, 2025** at **10:00 a.m.**, to consider and act upon Estate of BRAD DRIVER, by and through the Personal Representative and Administrator of his estate, MARIAH DRIVER's Motion for Relief from Stay ("**Motion**").

**PLEASE TAKE FURTHER NOTICE** that counsel, parties, and other interested parties may attend in person in Courtroom 215 in Oakland, by Zoom video, or by Zoom telephone. Additional information is available on Judge Novack's Procedures page on the court's website, and information on how to attend the hearing by Zoom will be included with each calendar posted under Judge Novack's Calendar on the court's website.

Any objections to the Motion must be served on the undersigned and filed with the Clerk of the United States Bankruptcy Court, Northern District of California, Oakland Division, 1300 Clay Street, Third Floor, Oakland, CA 94612, by no later than seven (7) days before the date of the hearing; i.e. by **January 10, 2025.** Copies of the motion may be obtained from the Clerk of the Bankruptcy Court, off Pacer, or upon request from the undersigned.

Dated: December 30, 2024                **GOMEZ LAW GROUP**

By: _____
Alvin M. Gomez, Esq.
David Finn, Esq.
Boris Smyslov, Esq.
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2725 Jefferson Street, Suite 3, Carlsbad, California 92008.

On December 30 2024, I served the following document(s) described as:

- **NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY RE: NATOMA PROPERTIES**

- **MOTION FOR RELIEF FROM STAY RE: NATOMA PROPERTIES**

- **DECLARATION OF BORIS SMYSLOV IN SUPPORT OF THE MOTION FOR RELIEF FROM STAY RE: NATOMA PROPERTIES**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM STAY RE: NATOMA PROPERTIES**

( ) VIA E-MAIL

( X ) VIA CM/ECF ELECTRONIC FILING SYSTEM: I transmitted via the Internet a true copy(s) of the above-entitled document(s) to the CM/ECF system of the United States District Court for the Central District of California and concurrently caused the above-entitled documents(s) to be sent to the recipients listed above pursuant to the Service List maintained by and as it exists on that database. This will constitute service of the above-listed document(s).

On the following parties and/or interested persons:

Theodore A. Cohen on behalf of Creditor Socotra Capital, Inc.
TCohen@sheppardmullin.com, mtzeng@sheppardmullin.com

Christopher Crowell on behalf of Creditor Citizens Business Bank
ccrowell@hrhlaw.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SR
jared.a.day@usdoj.gov

John D. Fiero on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Debra I. Grassgreen on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Deanna K. Hazelton on behalf of U.S. Trustee Office of the U.S. Trustee / SR
deanna.k.hazelton@usdoj.gov

Robert B. Kaplan on behalf of Creditor Umpqua Bank rbk@jmbm.com

Jeannie Kim on behalf of Creditor Socotra Capital, Inc. jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

Dara Levinson Silveira on behalf of Petitioning Creditor LeFever Mattson, a California corporation dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com

Thomas G. Mouzes on behalf of Creditor C.P. Grellas Partnership
tmouzes@boutinjones.com

Office of the U.S. Trustee / SR USTPRegion17.SF.ECF@usdoj.gov

Dustin Owens on behalf of Creditor Reprop Financial Mortgage Investors, LLC
dustin.owens@gmail.com

Jason Rosell on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson jrosell@pszjlaw.com, mrenck@pszjlaw.com

Thomas B. Rupp on behalf of Petitioning Creditor LeFever Mattson, a California corporation trupp@kbkllp.com

Phillip John Shine on behalf of U.S. Trustee Office of the U.S. Trustee / SR
phillip.shine@usdoj.gov

Wayne A. Silver on behalf of Creditor Denise Ebbett ws@waynesilverlaw.com, ws@waynesilverlaw.com

Brooke Elizabeth Wilson on behalf of Other Prof. Official Committee of Unsecured Creditors of LeFever Mattson bwilson@pszjlaw.com

Micheline N. Fairbank on behalf of KS Mattson Partners, LP
mfairbank@fennemorelaw.com

Daniel Rapaport on behalf of KS Mattson Partners, LP
drapaport@fennemorelaw.com

Mark Bostick on behalf of KS Mattson Partners, LP
mostick@fennemorelaw.com

Kurt Franklin on behalf of KS Mattson Partners, LP
kfranklin@fennemorelaw.com

Thiele R. Dunaway on behalf of KS Mattson Partners, LP
rdunaway@fennemorelaw.com

James Hill on behalf of KS Mattson Partners, LP
jhill@fennemorelaw.com

Chris V. Hawkins on behalf of KS Mattson Partners, LP
chawkins@fennemorelaw.com

Executed on December 30, 2024, at Moscow, Russia.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

_____
Boris Smyslov