Richard L. Wynne (Bar No. 120349)
richard.wynne@hoganlovells.com
Erin N. Brady (Bar No. 215038)
erin.brady@hoganlovells.com
Edward J. McNeilly (Bar No. 314588)
edward.mcneilly@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

*Proposed Attorneys for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re | Case No. 24-10715 (CN) |
| | Chapter 11 |
| KS MATTSON PARTNERS, LP, | **AMENDMENT TO CREDITOR MATRIX** |
| Debtor[1]. | |

---

[1] The last four digits of the Debtor's tax identification number are 5060. The Debtor's mailing address is 3003 Castle Road, Sonoma, CA 95476.

I declare that this Amendment to Creditor Mailing Matrix, with an attachment consisting of 7 sheets, contains **additional** parties to be added to the Creditor Mailing Matrix that was filed on June 16, 2025. This matrix conforms with the Clerk's promulgated requirements.

Dated: June 27, 2025

                                                   */s/ Erin N. Brady*
                                                   Erin N. Brady (Bar No. 215038)
                                                   erin.brady@hoganlovells.com
                                                   HOGAN LOVELLS US LLP
                                                   1999 Avenue of the Stars, Suite 1400
                                                   Los Angeles, California 90067
                                                   Telephone: (310) 785-4600
                                                   Facsimile: (310) 785-4601

                                                   *Proposed Attorneys for Debtor and Debtor in Possession*

1

AMERICA WEST LENDER SERVICES, LLC
5404 CYPRESS CENTER DRIVE, STE 300
TAMPA, FL 33609

ARIANA VIERYA
1014 1ST ST W
SONOMA, CA 95476

ARNOLD NAPA LLC
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

AXOS BANK
4350 LA JOLLA VILLAGE, DR, SUITE 140
MAIL CODE CLO-034
SAN DIEGO, CA 92122

BANK OF NEW YORK MELLON
HOLDERS OF ALT LOAN TRUST 2007-OA10
COLLATERAL DOCUMENT SERVICES
3217 S. DECKER LAKE DRIVE
SALT LAKE CITY, UT 84119

BARRET DAFFIN FRAPPIER TREDER & WEISS
4004 BELT LINE ROAD, SUITE 100
ADDISSON, TX 75001

BEVERLY ANN JONES
2017 TEMELEC DRIVE
SONOMA, CA 95476

BREKELLE LAVEE LONG
452C 1ST STREET EAST
SONOMA, CA 95476

CENTRAL VALLEY REGIONAL WATER
QUALITY CONTROL BOARD
11020 SUN CENTER DRIVE, #200
RANCHO CORDOVA, CA 95670

CENTURY 21 DAVIS REALTY
PROFIT SHARING PLAN FBO J W. MYERS
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

CENTURY 21 DAVIS REALTY
PROFIT SHARING PLAN FBO J WOOD
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

CENTURY 21 DAVIS REALTY
PROFIT SHARING PLAN FBO R M WILKIE
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

CHAD LYON & SHELLY LYON
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

CHARLES J. SYLVA PROFIT SHARING PLAN
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

DARICE DEKKER
19343 SONOMA HIGHWAY #1
SONOMA, CA 95476

DEPARTMENT OF CHILD SUPPORT SERVICES
J M MISKEL, CHIEF CHILD SUPPORT ATTORNEY
PO BOX 6534
SANTA ROSA, CA 95406

DEUTSCHE BANK, TRUSTEE
RESIDENTIAL ACCREDIT LOANS
C/O NATIONSTAR MORTGAGE
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

EAST BAY MUNICIPAL UTILITY DISTRICT
375 11TH STREET
OAKLAND, CA 94607-4240

EDCO
224 S. LAS POSAS ROAD
SAN MARCOS, CA 92078

FIRST AMERICAN TITLE INSURANCE
10011 S CENTENNIAL PARKWAY #340
SANDY, UT 84070

FIRST STREET EAST LLC
C/O SOCOTRA REIT I, LLC
SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

FLAGSTAR BANK, FSB
ATTN: SERVICING
19330 STEVENS CREEK BLVD.
CUPERTINO, CA 95014

HAMPTON MORTGAGE GROUP INC
15347 MATURIN DR #111
SAN DIEGO, CA 92127

HFS FUND IV, LLC
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

HUIYAN YE DBA A SPA
18594 SONOMA HIGHWAY
SONOMA, CA 95476

HYDREX PEST CONTROL
1120 INDUSTRIAL AVE, SUITE 18
PETALUMA, CA 94952

JAMES R. STILLSON AND CAROL A. STILLSON
3557 GOLF VIEW TERRACE
SANTA ROSA, CA 95405

JANE ZIMMERMAN
19343 SONOMA HIGHWAY #1
SONOMA, CA 95476

J P MORGAN CHASE BANK, N.A.
C/O NATIONAL HOME EQUITY
POST CLOSING KY2-1606
PO BOX 11606
LEXINGTON, KY 40576

JPMORGAN CHASE BANK, N.A.
C/O NATIONWIDE TITLE CLEARING, INC.
2100 ALT. 19 NORTH
PALM HARBOR, FL 34683

JEREMY BUSSEY
969 RACHAEL RD
SONOMA, CA 95476

JIM WALKER
19357 HWY 12
SONOMA, CA 94559

LAFM LOAN OWNER, LLC
2625 ALCATRAZ AVENUE #513
BERKELEY, CA 94705

LAURA BULGARELLI
19343 SONOMA HIGHWAY #1
SONOMA, CA 95476

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS
NOMINEE FOR BOFI FEDERAL BANK
4350 LA JOLLA VILLAGE DRIVE, 140
SAN DIEGO, CA 92122

MORTGAGE LENDER SERVICES
7844 MADISON AVENUE #145
FAIR OAKS, CA 95628

NATIONAL DEFAULT SERVICING CORP
7720 N. 16TH STREET, SUITE 300
PHOENIX, AZ 85020

PACIFIC PREMIER TRUST FBO JEAN A WILKIE
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

PERKINS REAL ESTATE LP
C/O SOCOTRA REIT I, LLC
SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

PERRY POWNALL
450J 1ST STREET EAST
SONOMA, CA 95476

PHILLIP HOANG
POSTMASTER
22 BOYES BLVD
BOYES HOT SPRINGS, CA 95476

PLM LOAN MANAGEMENT SERVICES, INC.
5446 THORNWOOD DRIVE, SECOND FLOOR
SAN JOSE, CA 95123

R11 SERVICES
15501 SAN PABLO AVE STE 236
SAN PABLO, CA 94806

REDWOOD TRUST DEED SERVICES, INC.
PO BOX 6875
SANTA ROSA, CA 95406

RESOURCE MANAGEMENT DEPARTMENT
CODE ENFORCEMENT
2550 VENNTURA AVENUE
SANTA ROSA, CA 95403

SARAH GARONE
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

SCOTT NICHOLS
450 1ST STREET EAST #G
SONOMA, CA 95476

SHERRIE PERKOVICH
856 4TH ST E
SONOMA, CA 95476

SHERRY JUNE BLAIR
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

SOCOTRA FUND, LLC
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

SOCOTRA OPPORTUNITY FUND, LLC
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

SOCOTRA OPPORTUNITY REIT I LLC
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

SOCOTRA REIT I LLC
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

SONOMA COUNTY
PERMIT AND RESOURCE MANAGEMENT DEPT
CODE ENFORCEMENT SECTION
2550 VENTURA AVENUE
SANTA ROSA, CA 95403

SONOMA RANCH HOMEOWNERS' ASSOC.
ALLIED TRUSTEE SERVICES
1601 RESPONSE ROAD, SUITE 390
SACRAMENTO, CA 95818

SONOMA VALLEY FIRE DISTRICT
630 2ND ST W
SONOMA, CA 95476

STATE OF CALIFORNIA
EMPLOYMENT DEV. BENEFIT OVERPAYMENT
COLLECTION SECTION, MIC 91
PO BOX 826218
SACRAMENTO, CA 94230

STATE WATER RESOURCES CONTROL BOARD
1001 I STREET
SACRAMENTO, CA 95814

SYLVA FAMILY PROPERTIES
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

THE POOL DOCTOR
5075 APPIAN WAY
EL SOBRANTE, CA 94803

TONY'S SALAMI AND CHEESE FUND I, LLC
C/O SOCOTRA REIT I, LLC
SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

TRUSTEE, A C INGOGLIA LIVING TRUST
SOCOTRA REIT I, LLC
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

TRUSTEE, BERGER FAMILY TRUST
C/O SOCOTRA REIT I, LLC
SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

TRUSTEE, GARY ROLLER PROFIT SHARING PLAN
C/O SOCOTRA REIT I, LLC
SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

TRUSTEE, HFT MORTGAGE 401K PLAN
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 9581

TRUSTEE, J AND M METALLINOS LIVING TRUST
101 MEADOW LARK LANE
SONOMA, CA 95476

TRUSTEES, JOHAR FAMILY TRUST
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

TRUSTEES, STAHMER FAMILY TRUST
C/O SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

TRUSTEES, WILLIAMS DECLARATION OF TRUST
C/O SOCOTRA REIT I, LLC
SOCOTRA CAPITAL
2714 V STREET
SACRAMENTO, CA 95818

WINSTON VAUGHN
414 W NAPA ST
SONOMA, CA 95476