Micheline Nadeau Fairbank, Bar No. 226038
**FENNEMORE CRAIG P.C.**
7800 Rancharrah Parkway
Reno, NV 89704
Tel: (775) 788-2200
Email: mfairbank@fennemorelaw.com

James Hill, Bar No. 90478
**FENNEMORE LLP**
600 B. Street, 17th Floor
San Diego, CA 92101
Tel: (619) 233-4100 / Fax: (619) 231-4372
Email: jhill@fennemorelaw.com

Mark Bostick, Bar No. 111241
**FENNEMORE LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607
Tel: (510) 834-6600 / Fax: (510) 834-1928
Email: mostick@fennemorelaw.com

Attorneys for Interested Party Kenneth Mattson

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>LEFEVER MATTSON, a California corporation, et al.,<br><br>　　Debtors.<br>_____<br><br>In Re:<br><br>KS MATTSON PARTNERS, LP,<br><br>　　Debtor | Lead Case No. 24-10545-CN<br><br>Chapter 11<br><br>Jointly Administered<br><br><br>Case No. 24-10715-CM<br><br>**OPPOSITION TO MOTION FOR SUBSTANTIVE CONSOLIDATION BY CREDITORS COMMITTEE OF LEFEVER MATTSON**<br><br>Date: July 25, 2025<br>Time: 11:00 a.m.<br>Place: United States Bankruptcy Court<br>　　　　1300 Clay Street, Courtroom 215<br>　　　　Oakland, CA 94612<br>Judge: Hon. Charles Novack |

　　Kenneth Mattson ("**Mattson**"), through his counsel, Fennemore, opposes the *Motion of the Official committee of Unsecured Creditors for Substantive Consolidation of Debtor Lefever Mattson and KS Mattson Partners, LP and for Related Relief* filed on June 20, 2025, as Docket No.

1

157 (the "**Motion**"), and requests that it be denied on the following grounds:

1. **Objector's Standing.** Mattson has a direct pecuniary interest in the outcome of the Motion. He, together with his spouse Stacy, are the owners of KS Mattson Partners, LP ("**KSMP**") and he is a 50% co-owner of LeFever Mattson, a California Corporation ("**LFM**"). The assets, interests, obligations and operations of both are the culmination of his life's work.

2. **Lack of Benefit.** The Motion ignores the effect of substantive consolidation on stakeholders in any of the constituent bankruptcy cases. No economic analysis is provided. It therefore fails to show any benefit to any of the estates' creditors or investors.[1]

3. **The Motion Lacks Evidentiary Substantiation.** Other than the unsubstantiated narrative that Mattson committed bad acts, the Motion lacks evidentiary substantiation of benefit: it relies on alleged facts that are not available for inspection by Mattson or the public.[2] It is based largely on hearsay and secret information.

4. **Consolidation Would Harm KSMP.** KSMP appears to be a surplus case with minimal overhead. Absent proof of some other effect, consolidation would almost certainly result in dilution, waste, and diminishment of KSMP's value, drowned in the flood of out-of-control administrative expenses in the LFM cases.

5. **The Motion is Premature.** Instead of seeking to negotiate a resolution between the estates, LFM seeks to force consolidation before the newly appointed responsible person for KSMP (Robbin Itkin) has even filed KSMP's Schedules, identified its creditors, evaluated its assets, much less come to understand the economies of the LFM consolidated cases. The Motion is premature and overaggressive.

6. **The Motion is Procedurally Anomalous.** The Motion was filed without any evidentiary support. Weeks later, pleadings purporting to be evidence ("**Papers**") were filed and notice was given that the hearing on the Motion would be held as a status conference. Nonetheless,

---

[1] The Motion focuses on KSMP and LFM's alleged use of assets of one entity to the pay debts of another – calling such arrangement a classic Ponzi Scheme (requiring criminal prosecution and documents being placed under seal). The remedy they propose is to combine estates so that the assets of one entity may be used to pay the debts of the others.

[2] It relies on proofs of claims groomed by the Creditors Committee that are not available for public inspection and therefore not subject to vetting or review.

the notice of hearing stated that oppositions were due to be filed on July 18, 2025. Some of the Papers were sought to be filed under seal. The Motion is therefore procedurally defective and uncertain. Consequently, Mattson reserves his right to further oppose the Motion on additional grounds pending further orders of the Court.

**REQUEST FOR RELIEF**

For the foregoing reasons, the Motion should be denied.

Dated: July 18, 2025　　　　　　　　　　　　　FENNEMORE LLP

By: */s/Mark Bostick*
Micheline Nadeau Fairbank
Mark Bostick
James P. Hill
Attorneys for Kenneth W. Mattson

3
Case: 24-10715　Doc# 218　Filed: 07/18/25　Entered: 07/18/25 16:47:30　Page 3 of 5
52439457.1/069731.0012

# CERTIFICATE OF SERVICE

I, Linda Gubba-Reiner, declare:

I am a citizen of the United States and am employed in the County of San Diego. I am over the age of 18 years and not a party to the within-entitled action. My business address is 600 B Street, Suite 1700, San Diego, California 92101.

On the date set forth below I caused to be served the following document(s):

**OPPOSITION TO MOTION FOR SUBSTANTIVE CONSOLIDATION BY CREDITORS COMMITTEE OF LEFEVER MATTSON**

on each party listed below in the following manner:

☐ BY FIRST CLASS MAIL: by placing said document(s) in a sealed envelope with postage fully prepaid, in a United States mail box at Oakland, California, addressed as set forth below.

☐ BY PERSONAL SERVICE: by causing to be delivered by reputable messenger service said document(s) addressed as set forth below.

☐ BY ELECTRONIC MAIL: by transmitting via email said document(s) to the email address set forth below.

☒ **(ECF)**: Pursuant to controlling General Orders and LBR, the foregoing document(s) will be served by the court via Notice of Electronic Filing ("NEF") and hyperlink to the document(s). On the date set forth below, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the list of parties to receive NEF transmission at the email addresses stated below:

- **Asaph Abrams**   ecfcanb@aldridgepite.com
- **Erin N. Brady**   erin.brady@hoganlovells.com
- **Gillian Nicole Brown**   gbrown@pszjlaw.com
- **Chad L. Butler**   caecf@tblaw.com
- **Elizabeth J. Cabraser**   ecabraser@lchb.com, awolf@lchb.com
- **Theodore A. Cohen**   TCohen@sheppardmullin.com, mtzeng@sheppardmullin.com
- **Christopher Crowell**   ccrowell@hrhlaw.com
- **Jared A. Day**   jared.a.day@usdoj.gov
- **Daniel Lloyd Egan**   degan@wilkefleury.com
- **Michael C. Fallon**   mcfallon@fallonlaw.net, manders@fallonlaw.net

2

- **John D. Fiero**    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Steven W Golden**    sgolden@pszjlaw.com
- **Michael J. Gomez**    mgomez@frandzel.com, dmoore@frandzel.com
- **Debra I. Grassgreen**    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Deanna K. Hazelton**    deanna.k.hazelton@usdoj.gov
- **James P. Hill**    jhill@fennemorelaw.com, lgubba-reiner@fennemorelaw.com
- **Robert B. Kaplan**    rbk@jmbm.com
- **Jeannie Kim**    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Benjamin R. Levinson**    ben@benlevinsonlaw.com
- **Dara Levinson Silveira**    dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- **Edward Joseph McNeilly**    edward.mcneilly@hoganlovells.com, edward-mcneilly-5120@ecf.pacerpro.com
- **Thomas G. Mouzes**    tmouzes@boutinjones.com, cdomingo@boutinjones.com
- **Office of the U.S. Trustee / SR**    USTPRegion17.SF.ECF@usdoj.gov
- **Dustin Owens**    dustin.owens@gmail.com
- **Catherine Schlomann Robertson**    crobertson@spencerfane.com, laustin@pahl-mccay.com
- **Mark J. Romeo**    romeolaw@msn.com
- **Jason Rosell**    jrosell@pszjlaw.com, mrenck@pszjlaw.com
- **Thomas B. Rupp**    trupp@kbkllp.com
- **Phillip John Shine**    phillip.shine@usdoj.gov
- **Wayne A. Silver**    ws@waynesilverlaw.com, ws@waynesilverlaw.com
- **Boris Smyslov**    attorney.boris@gmail.com
- **Christopher Thomas**    christopher.thomas@fnf.com
- **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com
- **Craig A. Welin**    cwelin@frandzel.com, bwilson@frandzel.com
- **Brooke Elizabeth Wilson**    bwilson@pszjlaw.com
- **Richard L. Wynne**    richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com
- **Bennett G. Young**    byoung@jmbm.com, jb8@jmbm.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2025, at San Diego, California.

*/s/ Linda Gubba-Reiner*