

ALVIN M. GOMEZ (SBN 137818)
alvingomez@thegomezlawgroup.com
DAVID FINN (SBN 249247)
david@thegomezlawgroup.com
BORIS SMYSLOV (SBN 297252)
boris@thegomezlawgroup.com
GOMEZ LAW GROUP, P.C.
2725 Jefferson Street, Suite 3
Carlsbad, California 92008
Telephone: (858) 552-0000

**The following constitutes the order of the Court.**
**Signed: January 28, 2026**

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

Attorney for Plaintiff Estate of BRAD DRIVER,
by and through the Personal Representative and
Administrator of his estate, MARIAH DRIVER

# UNITED STTATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>Debtors. | Lead Case No. 24-10545 (CN)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| In re:<br><br>KS MATTSON PARTNERS, LP,<br><br>Debtor. | ORDER TERMINATING AUTOMATIC STAY<br><br>(450 1st Street East, Unit J and 452 1st Street East, Unit C, Sonoma, California)<br><br>Date: January 23, 2026<br>Time: 10:00 a.m.<br>Place: 1300 Clay Street, Room 215<br>In Person or Tele/Video Conf<br>Judge: Hon. Charles Novack |

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

The Estate of BRAD DRIVER, by and through the Personal Representative and Administrator of his estate, MARIAH DRIVER ("Driver"), having filed a Motion for Relief from Stay Re: First Street Properties (Case No. 24-10715, Doc. #23) (the "Motion"), and the Motion having been set for continued hearing before this Court on January 23, 2026; Edward McNeilly appearing on behalf of debtor and debtor in possession, KS Mattson Partners, LP ("Debtor"), and Boris Smyslov appearing on behalf of Creditor; and no opposition having been made to the Motion, and the Court reviewing the evidence and finding that cause exists to make the following Order, IT IS HEREBY ORDERED THAT:

1. The automatic stay pursuant to 11 U.S.C. Section 362(a) is hereby modified solely and exclusively to permit Driver, and/or its successors and assigns, to (i) proceed to final judgment in the action for Partition and Sale of Real Property, filed in the Superior Court for the County of Sonoma, Case No. 24CV06439 (the "Action"), including adjudication of any asserted ownership, co-ownership, lien, or other interest in the real property and (ii) enforce any final judgment entered in the Action solely in rem and solely against the real property commonly known as 450 1st Street East, Unit J and 452 1st Street East, Unit C, Sonoma, California (as more particularly described in the Grant Deeds submitted in support of the Motion) (the "Property"), and only to the extent expressly permitted by such final judgment.

2. The relief granted in this Order is limited to the Property and to in rem enforcement only. Nothing in this Order authorizes Driver, or any successor or assign, to take any action against, levy upon, collect from, or otherwise proceed against any other property of the Debtor or of the Debtor's bankruptcy estate, or to obtain or enforce any deficiency, contribution, or other monetary recovery. This Order confers no rights or remedies other than the limited right to enforce a final judgment in the Action solely against the Property, if and to the extent such rights are determined to exist.

*ORDER TERMINATING AUTOMATIC STAY*

3. Nothing in this Order shall be deemed or construed as (i) a determination regarding the existence, validity, priority, perfection, extent, or enforceability of any asserted ownership interest, co-ownership interest, lien, or other interest in the Property; (ii) an allowance of any claim; (iii) a waiver or limitation of any rights, claims, defenses, objections, or avoidance powers of the Debtor, the estate, or any successor fiduciary; or (iv) consent to the use, disposition, or application of any proceeds of the Property other than explicitly set forth herein. .

*** END OF ORDER***

APPROVED AS TO FORM

*/s/ Edward J. McNeilly*                                        Date: January 28, 2026
Edward J. McNeilly, Attorney for Debtor

*ORDER TERMINATING AUTOMATIC STAY*

**COURT SERVICE LIST**

ECF Parties

Mail service will be handled by counsel.